EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2012 TSPR 54 |
| Eduardo Grau Acosta | 184 DPR ____ |

Número del Caso: TS-4767

Fecha: 13 de marzo de 2012

Oficina de Inspección de Notarías:

Lcda. Lourdes Quintana Llorens
Directora

Materia: Reinstalación al ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**
**SALA III**

In Re:

    Eduardo Grau Acosta

                **TS-4767**

Sala de Despacho integrada por la Juez Asociada señora Rodríguez Rodríguez como Presidenta, el Juez Asociado señor Kolthoff Caraballo y el Juez Asociado señor Estrella Martínez

**RESOLUCIÓN**

San Juan, Puerto Rico, a 23 de marzo de 2012.

    A la *Moción en Cumplimiento de Resolución*, presentada por la Lcda. Lourdes I. Quintana Lloréns, Directora de la Oficina de Inspección de Notarías, con lugar. Se ordena la reinstalación inmediata del abogado Eduardo Grau Acosta al ejercicio de la notaría.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

                  Aida Ileana Oquendo Graulau
               Secretaria del Tribunal Supremo